IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: SMITH & NEPHEW BIRMINGHAM HIP RESURFACING (BHR) HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL-17-md-2775 Hon. Catherine C. Blake |
| This Document Relates to THA TRACK CASES | Case No. 1:19-cv-329 |

**THA TRACK SHORT FORM COMPLAINT FOR PLAINTIFFS WITH BHR CUPS, MODULAR FEMORAL HEADS AND STEMS (THA CASES NOT INVOLVING THE R3 METAL LINER)**

1.      Plaintiffs, Robert Didrikson and Donna Didrikson, state and bring this civil action involving a total hip arthroplasty ("THA") as part of the "THA Track" in MDL No. 2775, entitled *In re: Smith & Nephew Birmingham Hip Resurfacing (BHR) Hip Implant Products Liability Litigation*.  Plaintiffs are filing this Short Form Complaint pursuant to CMO No. 10, entered on September 24, 2018 by this Court.

**PARTIES, JURISDICTION AND VENUE**

2.      Plaintiff is a resident and citizen of Hastings, Minnesota and claims damages as set forth below.

3.      Plaintiff's Spouse Donna Didrikson is a resident and citizen of Hastings, Minnesota and claims loss of consortium damages as set forth below.

4.      Federal jurisdiction is based on diversity of citizenship.

5.      The Federal District in which Plaintiff's initial implant took place: District of Minnesota.

6.      The Federal District in which Plaintiff's revision(s) surgeries took place: District of Minnesota.

7.      Plaintiff brings this action *[check the applicable designation]*:

__X__    On behalf of himself;

~~_____    In a representative capacity as the _____ of the _____ having been duly appointed as the _____ by the _____Court of _____.    A copy of the Letters of Administration for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.~~

*~~[Cross out if not applicable.]~~*

### FACTUAL ALLEGATIONS

8.    On or about January 30, 2008, Plaintiff underwent surgery during which the Smith & Nephew 58mm Birmingham cup, 50mm femoral head and size 5 stem were implanted into Plaintiff's left hip.

9.    Plaintiff's left hip implant surgery was performed at Abbott Northwestern Hospital by Dr. Thomas Nelson.

10.    Plaintiff underwent the following medically-indicated revision of the left hip implant on or about the following date: September 10, 2018. Plaintiff received the following hip components during the revision surgery:  Smith & Nephew Oxinium 28mm +8 Taper Femoral Head and Smith & Nephew Birmingham Hip 50/28mm.

11.    Plaintiff  alleges the following complications and/or injuries as a result of the component implanted in Plaintiff's hip, some or all of which made revision surgery medically necessary:  High levels of cobalt and chromium, taper corrosion, and adverse local tissue reaction.

12. Plaintiff's revision surgery was performed by Dr. Daniel Berry at Mayo Clinic in Rochester, Minnesota.

13. Plaintiff's revision surgery resulted in the following intra-operative findings and/or diagnoses:

Large fluid-filled cavity which was aspirated, large cystic structure, taper corrosion, adverse local tissue reaction, and other symptoms in Plaintiff's hip joint as a result of the premature failure of the device.

14. Plaintiff adopts the allegations of the BHR-THA Master Amended Consolidated Complaint ("BHR-THA MACC") filed August 14, 2018, against Smith & Nephew, Inc.[1] and all amendments to the BHR-THA MACC:

Yes  X   No _____

15. Notwithstanding the foregoing, Plaintiff does not adopt the following paragraphs of the BHR-THA MACC: _____.

Notwithstanding the foregoing, Plaintiff additionally alleges that:

_____

_____

_____

_____

## ALLEGATIONS AS TO INJURIES

16. (a) Plaintiff claims damages as a result of (check all that are applicable):

__X__         INJURY TO HIMSELF

---

[1] Plaintiffs have since voluntarily dismissed two additional defendants named in the BHR-THA MACC, Smith & Nephew plc and Smith & Nephew Ltd. Adoption of the BHR-THA MACC does not act as a means by which a plaintiff can sue these now-dismissed defendants or any other foreign defendants.

_____        INJURY TO THE PERSON REPRESENTED

_____        WRONGFUL DEATH

_____        SURVIVORSHIP ACTION

___X___        ECONOMIC LOSS

(b)  Plaintiff's spouse claims damages as a result of (check all that are applicable):

___X___        LOSS OF SERVICES

___X___        LOSS OF CONSORTIUM

17.    In addition to the allegations in the THA-MACC, Plaintiff alleges that [Plaintiff and/or Plaintiff's physician] (i) viewed and/or heard the following representations that Plaintiff alleges are false, misleading, incomplete, or otherwise were misrepresentation(s):

_____

_____

on or about _____, and (ii) relied upon those representations or misrepresentations as described in the THA-BHR MACC as well as in the following manner:

_____.

18.    Defendant(s), by its/their actions or inactions, caused the injuries to Plaintiffs as alleged in the BHR-THA MACC.  Plaintiff(s) additionally allege(s) that Defendant(s) caused his injuries as follows:  _____.

## DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY

19.    (If applicable) The following claims and allegations in the BHR-THA MACC are asserted by Plaintiff(s) and are herein adopted by reference (check all that are applicable):

___X___    COUNT I (Strict Products Liability, Design Defect and Failure to Warn)

Specific state common law and statutory law that applies: Minnesota_____

___X___   COUNT II (Negligence and Negligent Failure to Warn)

Specific state common law and statutory law that applies: Minnesota_____

___X___   COUNT III (Negligence Per Se)

Specific state common law and statutory law that applies: Minnesota_____

___X___   COUNT IV (Breach of Express Warranty)

Specific state common law and statutory law that applies:_ Minnesota_____

___X___   COUNT V (Breach of Implied Warranty)

Specific state common law and statutory law that applies: Minnesota_____

___X___   COUNT VI (Negligent Misrepresentation)

Specific state common law and statutory law that applies: Minnesota_____

___X___   COUNT VII (Unfair and Deceptive Trade Practices)

Specific state common law and statutory law that applies: Minnesota_____

___X___   COUNT VIII (Fraudulent Concealment)

Specific state common law and statutory law that applies:_ Minnesota_____

___X___   COUNT IX (Punitive Damages)

Specific state common law and statutory law that applies: Minnesota_____

20.   In addition to the above in paragraph 22, Plaintiff(s) assert that the facts as alleged in the BHR-THA MACC and as additionally alleged above support the following additional causes of action under applicable state law:

_____

_____

_____

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment against Defendant(s) as follows:

1. For compensatory damages;

2. Pre-judgment and post-judgment interest;

3. Statutory damages and relief of the state whose laws will govern this action;

4. Costs and expenses of this litigation;

5. Reasonable attorneys' fees and costs as provided by law;

6. Equitable relief in the nature of disgorgement; and

7. All other relief as the Court deems necessary, just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand(s) a trial by jury as to all claims in Complaint so triable.

DATED:  February 4, 2019                    Respectfully submitted,

By:  */s/ Andrew L. Davick*
Andrew L. Davick (MN #332719)
**MESHBESHER & SPENCE, LTD.**
1616 Park Avenue South
Minneapolis, MN 55404
Telephone: (612) 339-9121
Email:  adavick@meshbesher.com


*Attorney for Plaintiffs*